UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | Case No. 17-10722-CMA |
| Eagle Harbor Holdings, LLC, | [PROPOSED]<br>ORDER GRANTING MOTION FOR<br>RELIEF FROM THE AUTOMATIC STAY<br>AND FOR RELATED RELIEF |
| Debtor. | |

WHEREAS, the Motion for Relief from the Automatic Stay and for Related Relief, ("**Motion**") filed by Northwater Intellectual Property Fund L.P. 2 ("**Northwater**") came on regularly for hearing before the undersigned on October 18, 2017; and

WHEREAS, the Court having considered the Motion, supporting papers and evidence, all oppositions and replies, and having taken judicial notice as appropriate; and

WHEREAS, the Court having found that cause exists for termination of the automatic stay of Section 362 for the reasons set forth on the record at the November 3 hearing;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

ORDER GRANTING MOTION FOR RELIEF
FROM STAY – 1

136856682.3

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1.    The Motion is granted.  All objections and oppositions are overruled for the reasons stated on the record.

2.    Subject only to the limitations set forth in this Order, Northwater is hereby granted relief from the automatic stay in order to take such enforcement action as it deems appropriate with respect to the Northwater Collateral, including without limitation conduct of a foreclosure sale in accordance with applicable nonbankruptcy law.

3.    As used herein, "***Northwater Collateral***" means the patents and patent applications set forth on Attachment 1 hereto.

4.    The MediusTech License (as defined in the Motion) has been rejected as a matter of law.  MediusTech is deemed to have elected to treat the MediusTech License as terminated pursuant to Section 365(n)(1)(A).  No person, whether MediusTech LLC or any person or entity claiming through MediusTech LLC shall have any right whatsoever to any of the technology included within the Northwater Collateral, other than the Ford License as defined in the Mills Declaration.

5.    At any foreclosure sale conducted by Northwater in accordance with this Order, Northwater shall have the right to credit bid up to the full amount of its debt, or $8,633,733.76 as of October 31, 2017, plus interest thereafter.  Such amount does not include attorneys' fees or other costs recoverable under the Loan Documents.

6.    Notwithstanding the relief from stay granted herein, Northwater shall not take any action to collect any deficiency judgment or other amounts owed by the Debtor or by MediusTech absent further order of this Court.

7.    There is no just reason for delay in entry or effectiveness of this Order. Notwithstanding Rule 4001(a)(3) or any provision in the Bankruptcy Rules to the contrary, this Order shall be effective immediately and enforceable upon its entry, and Northwater is

ORDER GRANTING MOTION FOR RELIEF
FROM STAY – 2

136856682.3

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

not subject to any stay in the implementation, enforcement, or realization of the relief granted in this Order.

Dated:  October __, 2017

_____
Hon. Christopher M. Alston,
United States Bankruptcy Judge

Presented by:

**PERKINS COIE** LLP

By:      /s/ Alan D. Smith
_____
Alan D. Smith, WSBA No. 24964
ADSmith@perkinscoie.com
James F. Williams, WSBA No.
JWilliams@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Secured Creditor
Northwater Intellectual Property Fund L.P. 2

ORDER GRANTING MOTION FOR RELIEF
FROM STAY – 3

136856682.3

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
**ATTACHMENT 1**
4
5
**NORTHWATER COLLATERAL**
6
7
8
9 See attached.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

ORDER GRANTING MOTION FOR RELIEF
FROM STAY – 4

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

136856682.3

# Attachment 1

**SCHEDULE A**

| Serial no. | Patent no. | Title |
|---|---|---|
| 10/132,886 | 7,178,049 | METHOD FOR MULTI-TASKING MULTIPLE JAVA VIRTUAL MACHINES IN A SECURE ENVIRONMENT |
| 11/616,650 | 7,793,136 | APPLICATION MANAGEMENT SYSTEM WITH CONFIGURABLE SOFTWARE APPLICATIONS |
| 12/851,488 | 8,020,028 | AN APPLICATION MANAGEMENT SYSTEM FOR MOBILE DEVICES |
| 12/859,075 | 8,006,118 | A SYSTEM AND METHOD FOR APPLICATION FAILURE DETECTION |
| 12/859,103 | 8,006,119 | AN APPLICATION MANAGEMENT SYSTEM |
| 12/858,994 | 8,006,117 | METHOD FOR MULTI-TASKING MULTIPLE JAVA VIRTUAL MACHINES IN A SECURE ENVIRONMENT |
| 13/188,856 | 8,375,243 | FAILURE DETERMINATION SYSTEM |
| 13/687,417 | - | MESSAGE CONTROL SYSTEM FOR A PORTABLE DEVICE |
| 09/841,915 | 7,146,260 | METHOD AND APPARATUS FOR DYNAMIC CONFIGURATION OF MULTIPROCESSOR SYSTEM |
| 11/462,958 | 7,778,739 | METHOD AND APPARATUS FOR DYNAMIC CONFIGURATION OF MULTIPROCESSOR SYSTEM |
| 12/258,215 | 8,045,729 | AN AUDIO SYSTEM WITH APPLICATION MANAGEMENT SYSTEM FOR OPERATING DIFFERENT TYPES OF AUDIO SOURCES |
| 12/258,234 | 8,027,268 | METHOD AND APPARATUS FOR DYNAMIC CONFIGURATION OF MULTIPROCESSOR SYSTEM |
| 12/483,214 | 8,958,315 | METHOD AND APPARATUS FOR DYNAMIC CONFIGURATION OF MULTIPROCESSOR SYSTEM |
| 12/775,991 | 8,583,292 | SYSTEM AND METHOD FOR RESTRICTING ACCESS TO VEHICLE SOFTWARE SYSTEMS |
| 12/789,313 | 8,331,279 | WIRELESS TELECOMMUNICATIONS METHOD AND APPARATUS |
| 12/880,706 | 8,630,196 | A MULTIPROCESSOR SYSTEM AND METHOD FOR CONDUCTING TRANSACTIONS FROM A VEHICLE |
| 12/880,773 | 8,165,057 | WIRELESS TELECOMMUNICATIONS METHOD |
| 12/979,186 | 8,346,186 | METHOD AND APPARATUS FOR DYNAMIC CONFIGURATION OF MULTIPROCESSOR SYSTEM |
| 12/979,198 | 8,744,672 | METHOD AND APPARATUS FOR DYNAMIC CONFIGURATION OF MULTIPROCESSOR SYSTEM |

| | | |
|---|---|---|
| 13/188,959 | 8,364,335 | METHOD AND APPARATUS FOR DYNAMIC CONFIGURATION OF MULTIPROCESSORS SYSTEM |
| 13/196,654 | 8,953,816 | METHOD AND APPARATUS TO DYNAMICALLY CONFIGURE A VEHICLE AUDIO SYSTEM |
| 13/246,405 | 9,336,043 | METHOD AND APPARATUS FOR A TASK PRIORITY PROCESSING SYSTEM |
| 13/250,799 | 8,751,712 | METHOD AND APPARATUS FOR A PRIORITY BASED PROCESSING SYSTEM |
| 13/253,284 | 9,697,015 | VEHICLE AUDIO APPLICATION MANAGEMENT SYSTEM USING LOGIC CIRCUITRY |
| 13/267,794 | 8,762,610 | PROCESSING METHOD FOR REPRIORITIZING SOFTWARE APPLICATION TASKS |
| 13/427,742 | 9,652,257 | VEHICLE SAFETY SYSTEM |
| 13/429,144 | - | HOME AUDIO SYSTEM FOR OPERATING DIFFERENT TYPES OF AUDIO SOURCES |
| 13/430,368 | 9,348,637 | DYNAMIC CONFIGURATION OF A HOME MULTIPROCESSOR SYSTEM |
| 13/431,835 | 9,645,832 | DYNAMIC CONFIGURATION OF A HOME MULTIPROCESSOR SYSTEM |
| 13/433,068 | 8,386,113 | MULTIPROCESSOR SYSTEM FOR MANAGING DEVICES IN A HOME |
| 13/447,793 | 8,380,383 | DISTRIBUTED VEHICLE CONTROL SYSTEM |
| 14/981,616 | - | METHOD AND SYSTEM FOR DYNAMIC CONFIGURATION OF MULTIPROCESSOR SYSTEM |
| 15/140,950 | - | METHOD AND APPARATUS FOR DYNAMIC CONFIGURATION OF A MULTIPROCESSOR HEALTH DATA SYSTEM |
| 14/255,435 | 9,292,334 | METHOD AND APPARATUS FOR DYNAMIC CONFIGURATION OF MULTIPROCESSOR SYSTEM |
| 15/131,769 | - | DYNAMIC CONFIGURATION OF A MULTIPROCESSOR SYSTEM |
| 09/892,295 | 6,778,073 | METHOD AND APPARATUS FOR MANAGING AUDIO DEVICES |
| 09/841,753 | 6,629,033 | OPEN COMMUNICATION SYSTEM FOR REAL-TIME MULTIPROCESSOR APPLICATIONS |