**Hearing Date: January 15, 2020**
**Time: 1 pm**
**Location: Port Orchard**

**Response must be filed by: January 8, 2020**

**HONORABLE CHRISTOPHER M. ALSTON**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>**EAGLE HARBOR HOLDINGS, LLC**<br>    Debtor(s). | **NO. 17-10722**<br><br>**MOTION TO ABANDON PROPERTY** |

Comes now, John S. Peterson, Trustee, and moves the Court for an order abandoning property described as three patents of Eagle Harbor Holdings, LLC: #9,292,017, #9,293,928 and #9,620,987. This motion is based on 11 USC 554, the declaration attached and the files and records herein.

DATED this 14th day of December, 2019.     /S/ JOHN S. PETERSON
    JOHN S. PETERSON
    Trustee

DECLARATION

JOHN S. PETERSON, declares as follows: I am the trustee in this case and am moving to abandon to the debtor's interest in property described as three patents: #9,292,017, #9,293,928 and #9,620,987. Patent #9,292,017 is the sole member of the "017 Family of Patents" held by the debtor LLC and is described as "System and method for real-time guidance and mapping of a tunnel boring machine and tunnel". Patent #9,293,928 is a member of the "928 Family of Patents" and is described as a "System and method for a dynamically configurable power distribution control and management system". Patent #9,620,987 is also a member of the "928 Family of Patents" and is described as a "System and method for a dynamically configurable

Motion
Page 1

JOHN S. PETERSON
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392

Case 17-10722-CMA    Doc 91    Filed 12/14/19    Ent. 12/14/19 12:18:37    Pg. 1 of 2

power distribution control and management system". Further descriptions and information is available upon request.

At the time of filing, the debtor was the holder of over 40 patents in 11 patent families primarily related to communication and sensor technologies related to connected cars, auto infotainment, self-driving cars, etc. The Trustee and counsel were involved in extensive efforts to market and liquidate the patents. A large portion of the patents were collateral for a loan held by Northwater Intellectual Property Fund L.P. 2 and were foreclosed on. The balance of the portfolio was marketed and sold to AutoBrilliance LLC, pursuant to court order (Docket #90).

The three patents covered by this motion were not sold to AutoBrilliance, LLC, and no interest in the three patents has been expressed by any other party to date. Licensing fees are due to the U.S. Patent and Trade Office on two of the patents in the 1st Quarter of 2020. The bankruptcy estate doesn't have funds sufficient to pay the license fees.

I have determined that the three patents are of inconsequential value and benefit to the estate. For that reason, I request authority to abandon them.

I declare the foregoing is true and correct under the laws of the United States of America.

Signed this 14th day of December, 2019.     /S/*JOHN S. PETERSON*
                                              JOHN S. PETERSON

Motion
Page 2

**JOHN S. PETERSON**
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392

Case 17-10722-CMA    Doc 91    Filed 12/14/19    Ent. 12/14/19 12:18:37    Pg. 2 of 2